1018

[Nos. 38264-1-I; 38710-3-I.   Division One.   May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMI E. JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06866-5, Richard M. Ishikawa, J., entered February 16, 1996. *Reversed* by unpublished per curiam opinion.


[No. 38470-8-I.   Division One.   May 19, 1997.]

JAMES E. KING, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-14310-5, Jim Bates, J., entered March 15, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39070-8-I.   Division One.   May 19, 1997.]

RICHARD SECKER, *Appellant*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04396-8, Jim Bates, J., entered July 3, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.


[No. 39605-6-I.   Division One.   May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AMY ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-05431-5, Patricia Clark, J. Pro Tem., entered October 9, 1996. *Reversed* by unpublished per curiam opinion.